UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN GOCI,

        Defendant.
_____/

Case:2:12-mj-30516
Judge: Unassigned,
Filed: 08-20-2012 At 04:08 PM
SEALED MATTER (LCB)

## MOTION AND ORDER TO SEAL THE COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the complaint, and arrest warrant and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

Kenneth Chadwell (P39121)
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9698

Dated: August 20, 2012

**IT IS SO ORDERED.**

Honorable Mona K. Majzoub
United States Magistrate Judge

Entered: 8/20/12