UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO.  12-mj-30516

-vs-

JOHN GOCI,

        Defendant.
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT

THE UNITED STATES OF AMERICA requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

        Respectfully submitted,

        BARBARA L. MCQUADE
        United States Attorney

        s/Kenneth R. Chadwell (P39121)
        Assistant United States Attorney
        211 W. Fort  #2001
        Detroit, MI  48226
        Email:  Kenneth.Chadwell@usdoj.gov
Dated:        (313) 226-9698

**IT IS SO ORDERED.**

        s/ Mona K. Majzoub
        Honorable Mona K. Majzoub
        United States Magistrate Judge

Entered: August 22, 2012