AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 2:12-mj-30516 |
| JOHN GOCI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, JOHN GOCI

Date: 08/24/2012

*Attorney's signature*

Rajan N. Sutariya  (P64627)
*Printed name and bar number*

38545 Ford Rd., Ste 101
Westland, MI 48185

*Address*

raj@sutariyalaw.com
*E-mail address*

(734) 729-1100
*Telephone number*

(734) 729-7477
*FAX number*