AUSA  Kenneth R. Chadwell (313-226-9698)
Special Agent Jeffrey Jacobs (313-965-2323)

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

JOHN GOCI

Case: 2:12-mj-30516
Judge: Unassigned,
Filed: 08-20-2012 At 04:38 PM
SEALED MATTER (LCB)

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

By_____
Deputy

*(name of person to be arrested)*     JOHN GOCI

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

**FALSE STATEMENTS**

**FILED**

AUG 28 2012

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

Date:   AUG 2 0 2012

**MONA K. MAJZOUB**

*Issuing officer's signature*

City and state:  Detroit, Michigan

Mona K. Majzoub
U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8/20/12 , and the person was arrested on *(date)*  8/22/12
at *(city and state)* _____

Date:   8/22/12 _____

_____
*Arresting officer's signature*

Jeffrey Jacobs, special agent
*Printed name and title*

---

Distribution:  Original Court – 1copy U.S. Marshal – 2 copies USA