UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                                      CRIMINAL NO. 12-mj-30516

JOHN GOCI,

       Defendant.
_____/

**MOTION FOR LEAVE TO DISMISS COMPLAINT**
**WITHOUT PREJUDICE AND SUPPORTING BRIEF**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against defendant JOHN GOCI. In this case, the government needs additional time

(1)    to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

(2)    to investigate the full extent of the offense(s) in question and identify all other individuals who should be held criminally responsible for the offense(s); or

(3)    to decide whether criminal prosecution of defendant for the offense(s) in question is in the public interest.

See generally United States v. Lovasco, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1). The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within

the 30-day period prescribed by the Speedy Trial Act, <u>see</u> 18 U.S.C. §§ 3161(b), 3161(h). Accordingly, the government requests leave to dismiss the complaint without prejudice.

        Respectfully submitted,

        BARBARA L. MCQUADE
        United States Attorney


        <u>s/KENNETH R. CHADWELL</u>
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9698
        E-Mail: ken.chadwell@usdoj.gov
        Bar Number: (P39121)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Rajan Sutariya

                          s/KENNETH R. CHADWELL
                          Assistant United States Attorney
                          211 W. Fort Street, Suite 2001
                          Detroit, MI  48226
                          Phone:  (313) 226-9698
                          E-Mail:  ken.chadwell@usdoj.gov
                          Bar No. (P39121)