UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                          CRIMINAL NO. 12-mj-30516

JOHN GOCI,

       Defendant.
_____/

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the complaint against defendant JOHN GOCI. Accordingly, it is hereby ordered that the complaint against that defendant be dismissed without prejudice, and that defendant's appearance bond, if any, and the order setting conditions of pretrial release be canceled.

                                              S/David R. Grand
                                              HON. DAVID R. GRAND
                                              United States Magistrate Judge

Entered: September 17, 2012